UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR05-023-JLR |
| Plaintiff, | ) ) | |
| v. | ) ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO |
| RICHARD JACK HIBBS | ) ) | ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | ) ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on December 11, 2009. The United States was represented by AUSA Susan Roe and the defendant by Daron Morris. The proceedings were digitally recorded.

Defendant had been sentenced on or about August 8, 2005 by the Honorable James L. Robart on a charge of Conspiracy to Distribute Methamphetamine, and sentenced to 60 months custody, 5 years supervised release. (Dkt. 23.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, cooperate in the collection of DNA, participate in drug testing and treatment, abstain from alcohol, submit to search,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

participate in a mental health program, and provide his probation officer with financial information as requested.

In an application dated November 19, 2009 (Dkt. 24 ), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Using methamphetamine on or before October 27, 2009, and November 16, 2009, in violation of standard condition No. 7.

2. Failing to report for urine testing as directed on or about November 13, 2009, in violation of the special condition.

3. Having possession of drug paraphernalia on or about November 18, 2009, in violation of standard condition No. 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been released to participate in drug treatment.

DATED this 11th day of December, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Susan Roe
Defendant's attorney: Daron Morris
Probation officer: Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3