1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,                    NO.  CR05-23-JLR

9                          Plaintiff,

10          v.                                  SUMMARY REPORT OF
                                                U.S. MAGISTRATE JUDGE AS
11  RICHARD JACK HIBBS,                         TO ALLEGED VIOLATIONS
                                                OF SUPERVISED RELEASE
12                          Defendant.

13  _____

14          An initial hearing on a petition for violation of supervised release was held before the

15  undersigned Magistrate Judge on August 27, 2012.  The United States was represented by

16  Assistant United States Attorney Susan Roe, and the defendant by Brett Hart.

17          The defendant had been charged with Conspiracy to Distribute Methamphetamine, in

18  violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846.  On or about August 8, 2005, defendant

19  was sentenced by the Honorable James L. Robart to a term of 60 months in custody, to be

20  followed by 5 years of supervised release.

21          The conditions of supervised release included the requirements that the defendant

22  comply with all local, state, and federal laws, and with the standard conditions.  Special

23  conditions imposed included, but were not limited to, participation in substance abuse and

24  mental health programs, financial disclosure, search, and substance abuse treatment and

25  testing.

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons dated August 9, 2012, U.S. Probation Officer Angela M. McGlynn. asserted the following violation by defendant of the conditions of his supervised release:

1.     Using amphetamines on or before June 27, and August 3, 2012, in violation of standard condition 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition.  A disposition hearing on these violations has been set before the Honorable James L. Robart on September 14, 2012 at 4:00 p.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 27th day of August, 2012.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:     District Judge:          Honorable James L. Robart
        AUSA:                   Susan Roe
        Defendant's attorney:    Brett Hart
        Probation officer:       Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2